In re Michael D. WILKINS, Debtor.

Michael D. Wilkins, Debtor–Appellant,

v.

James Murray; Anzilia W. Murray, Defendants–Appellees.

No. 01–2165.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 25, 2002.

Decided March 12, 2002.

Michael D. Wilkins, Appellant Pro Se. Bruce H. Matson, Troy Savenko, Leclair Ryan, P.C., Richmond, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael D. Wilkins appeals from the district court's orders affirming the bankruptcy court's resolution of his objection to Appellees' amended proof of claim and denying his motion for reconsideration. We have reviewed the record, the district court's orders, and the bankruptcy court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wilkins v. Murray,* Nos. CA–00–840–3; BK–99–34315–SCS (E.D. Va. July 12, 2001; July 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*